Audra M. Mori (State Bar No. 162850)
Katherine M. Dugdale (State Bar No. 168014)
Jennifer N. Chiarelli (State Bar No. 212253)
PERKINS COIE LLP
1620 26th Street, Sixth Floor – South Tower
Santa Monica, California 90404
Tel: (310) 788-9900; Fax: (310) 788-3399

**E-filed 8/25/05**

Attorneys for Plaintiff MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SUNCREST ENTERPRISE, a California corporation; and YI-LING CHEN, an individual a/k/a EILEEN CHEN,<br><br>  Defendants. | CASE NO. 03-CV-5424-JF/HRL<br><br>STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES; [PROPOSED] ORDER |
| SUNCREST ENTERPRISE, INC., a California corporation,<br><br>  Third Party Claimant,<br><br>  v.<br><br>M-PLUS INTERNATIONAL TECHNOLOGY, INC., a California corporation; SIMON PL YU, an individual; and AILEEN Y. JIN, an individual,<br><br>  Cross-Defendants. | |

///

///

STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES
CASE NO. 03-CV-5424-JF/

1  The parties, by and through their attorneys of record, request that the Court accept the parties' Stipulation to Continue the Pre-Trial and Trial Dates in this matter.

The parties participated in a mediation on May 12, 2005 and after several follow up discussions, plaintiff Microsoft Corporation ("Microsoft") and defendants Suncrest Enterprise and Yi-Ling Chen a/k/a Eileen Chen (collectively, "Defendants") had contemplated that they would be able to reach a settlement of their portion of the case. Microsoft accordingly filed a Notice of Settlement with the Court on July 6, 2005. However, Microsoft and Defendants were unsuccessful in finalizing the settlement. Consequently, the parties request a continuance to allow them to complete discovery, which had been deferred in light of the afore-mentioned settlement. The parties further request a continuance because Microsoft and Defendants are currently working toward a resolution of a discovery dispute and request the continuance so that they can resolve this dispute without expending the parties' resources and the Court's resources associated with a motion to compel.

The parties hereby request the Court continue the following dates by approximately sixty (60) days:

|  | Current Dates: | Proposed Dates: |
|---|---|---|
| Discovery Cut-off: | September 12, 2005 | November 14, 2005 |
| Dispositive Motion Hearing Cut-off: | December 9, 2005 | February 10, 2006 |
| Pre-Trial Conference | January 6, 2006 | March 3, 2006 |
| Trial | January 20, 2006 | March 17, 2006 |

///
///
///

- 2 -
STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES
CASE NO. 03-CV-5424-JF/

1  IT IS SO STIPULATED:

2

3  DATED: August __, 2005                    PERKINS COIE LLP

4

5                                            By: _____
                                                 Jennifer N. Chiarelli
6                                            Attorneys for Plaintiff
                                             MICROSOFT CORPORATION
7

8  DATED: August __, 2005                    GORMAN & MILLER, P.C.

9

10                                           By: _____
                                                 John C. Gorman
11                                           Attorneys for Defendants
                                             SUNCREST ENTERPRISE and YI-LING
12                                           CHEN a/k/a EILEEN CHEN

13

14 DATED: August __, 2005                    SHAWN T. LEUTHOLD

15

16                                           By: _____
                                                 Shawn T. Leuthold
17                                           Attorneys for Cross-Defendants
                                             M-PLUS INTERNATIONAL
18                                           TECHNOLOGY, INC., SIMON PL YU, and
                                             AILEEN Y. JIN

19

20

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23  Dated: August 25, 2005                   /s/electronic signature authorized
                                             _____
                                             HON. JEREMY FOGEL
24                                           United States District Judge

25

26

27

28

-3-
STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES
CASE NO. 03-CV-5424-JF/

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On August 17, 2005, I served a true copy of **STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES; [PROPOSED] ORDER** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| John C. Gorman<br>Craig Alan Hansen<br>GORMAN & MILLER, P.C.<br>210 North Fourth Street, Suite 200<br>San Jose, CA 95112<br>Telephone: (408) 297-2222<br>Facsimile: (408) 297-2224 | **Attorneys for Defendant/Cross-Claimant SUNCREST ENTERPRISE, INC. and Defendant YI-LING CHEN** |
| Shawn T. Leuthold<br>Attorney at Law<br>4122 Factoria Blvd. SE, #408<br>Bellevue, WA 98006<br>Telephone: (425) 643-8600<br>Facsimile: (425) 643-8606 | **Attorneys for Cross-Defendants SIMON P. YU, AILEEN Y. JIN and M-PLUS INTERNATIONAL TECHNOLOGY (dba Microplus International Technology)** |

[XX] **BY MAIL)** I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

[ ] **(BY HAND DELIVERY)** I caused each envelope to be delivered by hand to the offices listed above..

[ ] **(BY OVERNIGHT)** I caused each envelope, with postage fully prepaid, to be sent by DHL Express.

[ ] **(BY E-MAIL)** I served a true copy of on the interested parties in this action by email, addressed as follows:

1  [XX] **(BY FACSIMILE/TELECOPY)** I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

[ ]   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 17, 2005, at Santa Monica, California.

*[signature]*
SANAYE KUMAGAI