```
                                                              **E-filed 1/5/06**
 1  Audra M. Mori (State Bar No. 162850)
    Katherine M. Dugdale (State Bar No. 168014)
 2  Jennifer N. Chiarelli (State Bar No. 212253)
    PERKINS COIE LLP
 3  1620 26th Street, Sixth Floor – South Tower
    Santa Monica, California  90404
 4  Tel: (310) 788-9900; Fax: (310) 788-3399

 5  Attorneys for Plaintiff MICROSOFT CORPORATION
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | CASE NO. 03-CV-5424-JF/HRL |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES; [PROPOSED] ORDER |
| SUNCREST ENTERPRISE, a California corporation; and YI-LING CHEN, an individual a/k/a EILEEN CHEN, | |
| Defendants. | |
| SUNCREST ENTERPRISE, INC., a California corporation, | |
| Third Party Claimant, | |
| v. | |
| M-PLUS INTERNATIONAL TECHNOLOGY, INC., a California corporation; SIMON PL YU, an individual; and AILEEN Y. JIN, an individual, | |
| Cross-Defendants. | |

/ / /

/ / /

STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES
CASE NO. 03-CV-5424-JF/

1   The parties, by and through their attorneys of record, request that the Court accept the
2   parties' Stipulation to Continue the Pre-Trial and Trial Dates in this matter.
3   On December 16, 2005, the Court referred Microsoft, Defendants and Cross Defendants
4   M-Plus International Technology, Inc., Simon Yu, and Aileen Jin (collectively, "Cross
5   Defendants") to mediation before Magistrate Judge Lloyd. The parties are in the process of
6   scheduling the mediation to take place during the last week of January 2006, which are Magistrate
7   Judge Lloyd's first available dates for mediation. The parties request a continuance to allow them
8   to participate in the mediation without incurring additional attorneys' fees and costs associated
9   with motions and pre-trial preparation.
10  The parties hereby request the Court continue the existing dates as follows:

|  | Current Dates: | Proposed Dates: |
|---|---|---|
| Motion Hearing Cut-off: | February 10, 2006 | March 17, 2006 |
| Pre-Trial Conference | March 3, 2006 | April 7, 2006 |
| Trial | March 17, 2006 | April 21, 2006 |

**IT IS SO STIPULATED:**

DATED: December __, 2005          PERKINS COIE LLP

By: _____
Katherine M. Dugdale
Attorneys for Plaintiff
MICROSOFT CORPORATION

DATED: December __, 2005          GORMAN & MILLER, P.C.

- 2 -
STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES
CASE NO. 03-CV-5424-JF/

1
2   By: /s/ John C. Gorman
    John C. Gorman
    Attorneys for Defendants
3   SUNCREST ENTERPRISE and YI-LING
    CHEN a/k/a EILEEN CHEN
4

5
6   DATED: December __, 2005          SHAWN T. LEUTHOLD

7
    By:_____
8   Shawn T. Leuthold
    Attorneys for Cross-Defendants
9   M-PLUS INTERNATIONAL
    TECHNOLOGY, INC., SIMON PL YU, and
10  AILEEN Y. JIN

11

12

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14
                        Previous Dates:           New Dates:
15
16  Motion Hearing Cut-off:   February 10, 2006   March 17, 2006

17  Pre-Trial Conference      March 3, 2006       April 7, 2006

18  Trial                     March 17, 2006      April 21, 2006

19     January 5, 2006                /s/electronic signature authorized
    Dated: ~~December~~ ____, 2005    HON. JEREMY FOGEL
20                                    United States District Judge

21

22

23

24

25

26

27

28
                                    - 3 -
STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES
CASE NO. 03-CV-5424-JF/

By:_____
John C. Gorman
Attorneys for Defendants
SUNCREST ENTERPRISE and YI-LING CHEN a/k/a EILEEN CHEN

DATED: December 27, 2005

SHAWN T. LEUTHOLD

By: /s/ Shawn T. Leuthold
Shawn T. Leuthold
Attorneys for Cross-Defendants
M-PLUS INTERNATIONAL TECHNOLOGY, INC., SIMON PL YU, and AILEEN Y. JIN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

|  | Previous Dates: | New Dates: |
|---|---|---|
| Motion Hearing Cut-off: | February 10, 2006 | March 17, 2006 |
| Pre-Trial Conference | March 3, 2006 | April 7, 2006 |
| Trial | March 17, 2006 | April 21, 2006 |

Dated: December \_\_\_\_, 2005

_____
HON. JEREMY FOGEL
United States District Judge

- 3 -
STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES
CASE NO. 03-CV-5424-JF/

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

     On December 27, 2005, I served a true copy of **STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| John C. Gorman<br>Craig Alan Hansen<br>GORMAN & MILLER, P.C.<br>210 North Fourth Street, Suite 200<br>San Jose, CA 95112<br>Telephone: (408) 297-2222<br>Facsimile: (408) 297-2224 | Attorneys for Defendant/Cross-Claimant SUNCREST ENTERPRISE, INC. and Defendant YI-LING CHEN |
| Shawn T. Leuthold<br>Law Office of Shawn T. Leuthold<br>1671 The Alameda, Suite 309<br>San Jose, CA 95126<br>Telephone: (408) 924-0132<br>Facsimile: (408) 924-0134 | Attorneys for Cross-Defendants SIMON P. YU, AILEEN Y. JIN and M-PLUS INTERNATIONAL TECHNOLOGY (dba Microplus International Technology) |

[XX]  **BY MAIL)**  I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

[ ]  **(BY HAND DELIVERY)** I caused each envelope to be delivered by hand to the offices listed above..

[ ]  **(BY OVERNIGHT)** I caused each envelope, with postage fully prepaid, to be sent by DHL Express.

[ ]  **(BY E-MAIL)** I served a true copy of on the interested parties in this action by email, addressed as follows:

| | | |
|---|---|---|
| 1 | [ ] | **(BY FACSIMILE/TELECOPY)** I caused each document *as a courtesy copy* to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above. |
| 2 | | |
| 3 | [ ] | **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 4 | [XX] | **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

Executed on December 27, 2005, at Santa Monica, California.

*/s/ Sanaye Kumagai*
SANAYE KUMAGAI