1    Audra M. Mori (State Bar No. 162850)         **E-filed 3/27/06**
      Katherine M. Dugdale (State Bar No. 168014)
2    Jennifer N. Chiarelli (State Bar No. 212253)
      PERKINS COIE LLP
3    1620 26th Street, Sixth Floor – South Tower
      Santa Monica, California 90404
4    Tel: (310) 788-9900; Fax: (310) 788-3399

5    Attorneys for Plaintiff MICROSOFT CORPORATION

6

7

8                 **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11    MICROSOFT CORPORATION, a Washington     CASE NO. 03-CV-5424-JF/HRL
      corporation,
12
            Plaintiff,
13
          v.                     STIPULATION TO CONTINUE
14                               PRETRIAL CONFERENCE PENDING
      SUNCREST ENTERPRISE, a California        RESOLUTION OF THE PARTIES'
15    corporation; and YI-LING CHEN, an individual    MOTIONS FOR SUMMARY
      a/k/a EILEEN CHEN,                  JUDGMENT; [~~PROPOSED~~] ORDER
16
            Defendants.
17

18   

19    SUNCREST ENTERPRISE, INC., a California
      corporation,
20
          Third Party Claimant,
21
         v.
22
      M-PLUS INTERNATIONAL TECHNOLOGY,
23    INC., a California corporation; SIMON PL YU,
      an individual; and AILEEN Y. JIN, an
24    individual,

25          Cross-Defendants.

26    / / /

27

28

   STIPULATION TO CONTINUE PRETRIAL CONFERENCE
   CASE NO. 03-CV-5424-JF/HRL

1    The parties, by and through their attorneys of record, request that the Court accept the
2  parties' Stipulation to Continue the Pretrial Conference Pending Resolution of the Parties' Motions
3  for Summary Judgment.

4    On February 13, 2006, the Court ordered that the motion hearing cut-off be set for March
5  31, 2006, the Pretrial Conference be set for April 14, 2006, and Trial be set for May 28, 2006.[1]
6  The basis for setting the afore-mentioned dates was to allow the Court time to rule on any motions
7  for summary judgment prior to the Pretrial Conference.

8    The hearings on Plaintiff Microsoft Corporation's ("Microsoft") and Defendants Suncrest
9  Enterprise and Yi-Ling Chen a/k/a Eileen Chen's (collectively, "Defendants") respective motions
10  for summary judgment are scheduled for March 31, 2006.  Pursuant to the Court's Standing Order
11  re Pretrial Preparation, which became effective on February 24, 2006, the parties are required to
12  meet and confer regarding the preparation of the Joint Pretrial Conference Statement at least
13  twenty days before the Pretrial Conference.  The parties are also required to file the Joint Pretrial
14  Conference Statement not less than ten court days prior to the Pretrial Conference.  As currently
15  scheduled, the parties will be required to file their Joint Pretrial Conference Statement on March
16  31, 2006, the same day as the hearing on the parties' motions for summary judgment.  Depending
17  on the Court's ruling on the parties' motions for summary judgment, the factual and legal issues to
18  be set forth in the Joint Pretrial Conference Statement could change significantly.  Alternatively,
19  resolution of the parties' motions for summary judgment could altogether eliminate the need for
20  preparing a filing a Joint Pretrial Conference Statement.

21    The parties therefore request a continuance of the Pretrial Conference until May 12, 2006
22  so the Court may rule on the parties' respective motions for summary judgment before the parties
23  prepare their Joint Pretrial Conference Statement.  Continuing the Pretrial Conference date will
24  allow the parties to avoid the cost and expense of preparing the Pretrial Conference Statement in
25  the event the Court grants summary judgment, or allow the parties to prepare their Joint Pretrial
26
27
28
    [1] The Court later moved the trial date to May 26, 2006.

STIPULATION TO CONTINUE PRETRIAL CONFERENCE
CASE NO. 03-CV-5424-JF/HRL

1 | Conference Statement only with respect to the factual and/or legal issues remaining after the ruling

2 | on the summary judgment motions.  A continuance will also conserve the Court's time and

3 | resources that would be expended reviewing a potentially superfluous Joint Pretrial Conference

4 | Statement.

5 |     The parties hereby request the Court continue the Pretrial Conference from April 14, 2006

6 | to May 12, 2006.

7 | **IT IS SO STIPULATED:**

8 | DATED: March 23, 2006          PERKINS COIE LLP

9 |

10 |                          By: _____
                           Jennifer N. Chiarelli

11 |                          Attorneys for Plaintiff
                         MICROSOFT CORPORATION

12 | DATED: March ___, 2006        GORMAN & MILLER, P.C.

13 |

14 |                          By: _____
                          John C. Gorman

15 |                          Attorneys for Defendants
                         SUNCREST ENTERPRISE and YI-LING

16 |                          CHEN a/k/a EILEEN CHEN

17 | DATED: March ___, 2006        SHAWN T. LEUTHOLD

18 |

19 |                          By: _____
                          Shawn T. Leuthold

20 |                          Attorneys for Cross-Defendants
                         M-PLUS INTERNATIONAL

21 |                          TECHNOLOGY, INC., SIMON PL YU, and
                         AILEEN Y. JIN

22 |

23 |      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24 |

25 |     The Pretrial Conference is continued from April 14, 2006 to May 12, 2006.

26 | Dated: March _27_, 2006

27 |                          HON. JEREMY FOGEL
                         United States District Judge

28 |

- 3 -

1  Conference Statement only with respect to the factual and/or legal issues remaining after the ruling

2  on the summary judgment motions. A continuance will also conserve the Court's time and

3  resources that would be expended reviewing a potentially superfluous Joint Pretrial Conference

4  Statement.

5      The parties hereby request the Court continue the Pretrial Conference from April 14, 2006

6  to May 12, 2006.

7      **IT IS SO STIPULATED:**

8  DATED: March ___, 2006          PERKINS COIE LLP

9

10                             By:_____
                              Jennifer N. Chiarelli

11                                Attorneys for Plaintiff
                              MICROSOFT CORPORATION

12  DATED: March 23 2006         GORMAN & MILLER, P.C.

13

14                             By:_____
                              John C. Gorman

15                                Attorneys for Defendants
                              SUNCREST ENTERPRISE and YI-LING

16                                CHEN a/k/a EILEEN CHEN

17  DATED: March ___, 2006        SHAWN T. LEUTHOLD

18

19                             By:_____
                              Shawn T. Leuthold

20                                Attorneys for Cross-Defendants
                              M-PLUS INTERNATIONAL

21                                TECHNOLOGY, INC., SIMON PL YU, and
                              AILEEN Y. JIN

22

23      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24      The Pretrial Conference is continued from April 14, 2006 to May 12, 2006.

25

26  Dated: March ___, 2006

27                             _____
                             HON. JEREMY FOGEL
                             United States District Judge

28                           - 3 -

STIPULATION TO CONTINUE PRETRIAL CONFERENCE
CASE NO. 03-CV-5424-JF/HRL

1  Conference Statement only with respect to the factual and/or legal issues remaining after the ruling

2  on the summary judgment motions. A continuance will also conserve the Court's time and

3  resources that would be expended reviewing a potentially superfluous Joint Pretrial Conference

4  Statement.

5      The parties hereby request the Court continue the Pretrial Conference from April 14, 2006

6  to May 12, 2006.

7      **IT IS SO STIPULATED:**

8  DATED: March ___, 2006           PERKINS COIE LLP

9

10                          By:_____
                        Jennifer N. Chiarelli

11                          Attorneys for Plaintiff
                        MICROSOFT CORPORATION

12  DATED: March ___, 2006           GORMAN & MILLER, P.C.

13

14                          By:_____
                        John C. Gorman

15                          Attorneys for Defendants
                        SUNCREST ENTERPRISE and YI-LING

16                          CHEN a/k/a EILEEN CHEN

17  DATED: March 23 2006           SHAWN T. LEUTHOLD

18

19                          By:_____
                        Shawn T. Leuthold

20                          Attorneys for Cross-Defendants
                        M-PLUS INTERNATIONAL

21                          TECHNOLOGY, INC., SIMON PL YU, and
                        AILEEN Y. JIN

22

23      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24      The Pretrial Conference is continued from April 14, 2006 to May 12, 2006.

25

26  Dated: March ___, 2006

27                          HON. JEREMY FOGEL
                        United States District Judge

28  -3-

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am and was at all times herein mentioned employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action or proceeding.  My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

     On March 23, 2006, I served a true copy of **STIPULATION TO CONTINUE PRETRIAL CONFERENCE PENDING RESOLUTION OF THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| **John C. Gorman**<br>**Craig Alan Hansen**<br>**GORMAN & MILLER, P.C.**<br>**210 North Fourth Street, Suite 200**<br>**San Jose, CA 95112**<br>**Telephone:  (408) 297-2222**<br>**Facsimile:   (408) 297-2224** | **Attorneys for Defendant/Cross-Claimant SUNCREST ENTERPRISE, INC. and Defendant YI-LING CHEN** |
| **Shawn T. Leuthold**<br>**Law Office of Shawn T. Leuthold**<br>**1671 The Alameda, Suite 309**<br>**San Jose, CA 95126**<br>**Telephone:  (408) 924-0132**<br>**Facsimile: (408) 924-0134** | **Attorneys for Cross-Defendants SIMON P. YU, AILEEN Y. JIN and M-PLUS INTERNATIONAL TECHNOLOGY (dba Microplus International Technology)** |

[XX]  **BY MAIL)**  I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

[ ]  **(BY HAND DELIVERY)** I caused each envelope to be delivered by hand to the offices listed above..

[ ]  **(BY OVERNIGHT)** I caused each envelope, with postage fully prepaid, to be sent by DHL Express.

1

[ ]   **(BY E-MAIL)**  I served a true copy of on the interested parties in this action by email, addressed as follows:

2

[ ]   **(BY FACSIMILE/TELECOPY)** I caused each document *as a courtesy copy* to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

3

4

[ ]   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

5

[XX ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

6

7   Executed on March 23, 2006, at Santa Monica, California.

8

9

10   /s/_____
SANAYE KUMAGAI

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28