1   Audra M. Mori (State Bar No. 162850)
    Katherine M. Dugdale (State Bar No. 168014)
2   Jennifer N. Chiarelli (State Bar No. 212253)
    PERKINS COIE LLP
3   1620 26th Street, Sixth Floor – South Tower
    Santa Monica, California  90404
4   Tel: (310) 788-9900; Fax: (310) 788-3399

5   Attorneys for Plaintiff MICROSOFT CORPORATION

6

7                                                              **e-filed 5/9/06

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  MICROSOFT CORPORATION, a Washington          CASE NO. 03-CV-5424-JF/HRL
    corporation,
12
                    Plaintiff,
13
           v.                                    STIPULATION TO CONTINUE
14                                               PRETRIAL CONFERENCE AND TRIAL;
    SUNCREST ENTERPRISE, a California             [PROPOSED] ORDER
15  corporation; and YI-LING CHEN, an individual
    a/k/a EILEEN CHEN,
16
                    Defendants.
17

18  SUNCREST ENTERPRISE, INC., a California
    corporation,
19
                    Third Party Claimant,
20
           v.
21
    M-PLUS INTERNATIONAL TECHNOLOGY,
22  INC., a California corporation; SIMON PL YU,
    an individual; and AILEEN Y. JIN, an
23  individual,

24                  Cross-Defendants.

25  / / /

26          The parties, by and through their attorneys of record, request that the Court accept the

27  parties' Stipulation to Continue the Pretrial Conference and Trial.  The Pretrial Conference is

28

_____
STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL
CASE NO. 03-CV-5424-JF/HRL

1   currently set for May 12, 2006 and Trial is set for May 26, 2006, and the parties request that these
2   dates be continued approximately sixty days.
3           Pursuant to the Court's March 31, 2006 Civil Minutes regarding the hearing on Plaintiff
4   Microsoft Corporation's ("Microsoft") and Defendants Suncrest Enterprise and Yi-Ling Chen a/k/a
5   Eileen Chen's (collectively, "Defendants") respective motions for summary judgment, the Court
6   deferred its ruling on the motions for thirty days pending participation in a settlement conference
7   before Magistrate Judge Howard R. Lloyd.[1]  The Court also indicated that the parties were to file
8   their Pretrial Conference Statement within seven days after the Court ruled on the parties' motions
9   for summary judgment.
10          The Court has yet to rule on the parties' respective motions for summary judgment.
11  Without the Court's ruling on the parties' motions, the Pretrial Conference will take place before
12  the parties have prepared and filed their Pretrial Conference Statement.  Depending on the Court's
13  ruling on the parties' motions for summary judgment, the factual and legal issues to be set forth in
14  the Joint Pretrial Conference Statement could change significantly.  Alternatively, resolution of the
15  parties' motions for summary judgment could altogether eliminate the need for preparing a filing a
16  Joint Pretrial Conference Statement.
17          Moreover, counsel for Defendants has a conflict with the May 26, 2006 Trial date as he is
18  scheduled to be in trial in another matter.
19          The parties therefore request a continuance of the Pretrial Conference until July 14, 2006
20  and Trial until July 28, 2006.  Continuing the Pretrial Conference and Trial dates will
21  accommodate defense counsel's scheduling conflict and will allow the Court time to rule on the
22  parties' respective motions for summary judgment before the parties prepare their Joint Pretrial
23  Conference Statement.  Continuing the Pretrial Conference date will not only allow the parties to
24  prepare their Joint Pretrial Conference Statement with respect to the factual and/or legal issues
25  remaining after the summary judgment motions, but will also conserve the Court's time and
26  _____

27  [1] The parties participated in the settlement conference before Magistrate Judge Lloyd, however,
28  were unable to reach a settlement.

STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL
CASE NO. 03-CV-5424-JF/HRL

1  resources that would be expended reviewing a potentially superfluous Joint Pretrial Conference

2  Statement.

3      The parties therefore request the Court continue the Pretrial Conference from May 12,

4  2006 to July 14, 2006 and the Trial from May 26, 2006 to July 28, 2006.

5      **IT IS SO STIPULATED:**

6  DATED: May ___, 2006                  PERKINS COIE LLP

7

8                                        By:_____
                                             Katherine M. Dugdale
9                                            Attorneys for Plaintiff
                                             MICROSOFT CORPORATION
10

11  DATED: May ___, 2006                 GORMAN & MILLER, P.C.

12

13                                        By:_____
                                             John C. Gorman
14                                           Attorneys for Defendants
                                             SUNCREST ENTERPRISE and YI-LING
15                                           CHEN a/k/a EILEEN CHEN

16

17  DATED: May 5, 2006                   SHAWN T. LEUTHOLD

18

19                                        By:_____
                                             Shawn T. Leuthold
20                                           Attorneys for Cross-Defendants
                                             M-PLUS INTERNATIONAL
21                                           TECHNOLOGY, INC., SIMON PL YU, and
                                             AILEEN Y. JIN

22

23      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25  Dated: May 9, 2006                   _____
                                          HON. JEREMY FOGEL
26                                        United States District Judge

27

28
                                    - 3 -
    STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL
    CASE NO. 03-CV-5424-JF/HRL

1    resources that would be expended reviewing a potentially superfluous Joint Pretrial Conference

2    Statement.

3         The parties therefore request the Court continue the Pretrial Conference from May 12,

4    2006 to July 14, 2006 and the Trial from May 26, 2006 to July 28, 2006.

5         **IT IS SO STIPULATED:**

6    DATED: May _8_, 2006                    PERKINS COIE LLP

7
                                             By: _/s/_____
8
                                               Katherine M. Dugdale
9                                              Attorneys for Plaintiff
                                               MICROSOFT CORPORATION
10

11   DATED: May _8_, 2006                    GORMAN & MILLER, P.C.

12
                                             By: _/s/*_____
13
                                               John C. Gorman
14                                             Attorneys for Defendants
                                               SUNCREST ENTERPRISE and YI-LING
15                                             CHEN a/k/a EILEEN CHEN
                                                 *per authorization
16

17   DATED: May __, 2006                     SHAWN T. LEUTHOLD

18
                                             By:_____
19                                             Shawn T. Leuthold
                                               Attorneys for Cross-Defendants
20                                             M-PLUS INTERNATIONAL
                                               TECHNOLOGY, INC., SIMON PL YU, and
21                                             AILEEN Y. JIN

22

23        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24
     Dated: May __, 2006
25                                           _____
                                               HON. JEREMY FOGEL
26                                             United States District Judge

27

28
                                       - 3 -
     STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL
     CASE NO. 03-CV-5424-JF/HRL

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On May 8, 2006, I served a true copy of **STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL; [PROPOSED] ORDER** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| John C. Gorman<br>Craig Alan Hansen<br>GORMAN & MILLER, P.C.<br>210 North Fourth Street, Suite 200<br>San Jose, CA 95112<br>Telephone: (408) 297-2222<br>Facsimile: (408) 297-2224 | Attorneys for Defendant/Cross-Claimant SUNCREST ENTERPRISE, INC. and Defendant YI-LING CHEN |
| Shawn T. Leuthold<br>Law Office of Shawn T. Leuthold<br>1671 The Alameda, Suite 303<br>San Jose, CA 95126<br>Telephone: (408) 924-0132<br>Facsimile: (408) 924-0134 | Attorneys for Cross-Defendants SIMON P. YU, AILEEN Y. JIN and M-PLUS INTERNATIONAL TECHNOLOGY (dba Microplus International Technology) |

[XX]   **BY MAIL)**   I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

[ ]   **(BY HAND DELIVERY)** I caused each envelope to be delivered by hand to the offices listed above..

[ ]   **(BY OVERNIGHT)**  I caused each envelope, with postage fully prepaid, to be sent by DHL Express.

[ ]   **(BY E-MAIL)**  I served a true copy of on the interested parties in this action by email, addressed as follows:

1   [ ]   **(BY FACSIMILE/TELECOPY)**  I caused each document *as a courtesy copy* to be
        sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

2   [ ]   **(STATE)**  I declare under penalty of perjury under the laws of the State of
        California that the above is true and correct.

3

4   [XX ]  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of
        this court at whose direction the service was made.

5       Executed on May 8, 2006, at Santa Monica, California.

6

7

8                                   /s/_____
                                    SANAYE KUMAGAI
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28