**E-Filed 7/6/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>SUNCREST ENTERPRISE, et al.,<br><br>        Defendants. | Case Number C 03-5424 JF (HRL)<br><br>ORDER SETTING BRIEFING SCHEDULE RE PARTIES' CROSS-MOTIONS FOR COSTS AND ATTORNEYS' FEES |

    On June 6, 2006, the Court issued an order awarding costs and attorneys' fees to Plaintiff Microsoft Corporation ("Microsoft") in the amount of $30,000 based upon Microsoft's status as the prevailing party on its copyright claim. A dispute has arisen as to whether that award properly should be construed to be against Defendant Suncrest Enterprise ("Suncrest") only, or also against Defendant Yi-Ling Chen ("Chen"). Microsoft filed a supplemental brief on June 20, 2006, addressing this issue. Chen SHALL file a supplemental brief addressing this issue on or before July 14, 2006.

    On July 3, 2006, Chen filed a request for an award of costs and attorneys' fees based upon her status as a prevailing party on Microsoft's Lanham Act claims. Microsoft SHALL file a

1  supplemental brief addressing Chen's request on or before July 14, 2006.
2     Both matters thereafter shall be taken under submission without oral argument.
3     IT IS SO ORDERED.

7  DATED:  7/6/06

   _____
   JEREMY FOGEL
   United States District Judge

1  This Order has been served upon the following persons:

2

3  Jennifer N. Chiarelli     Jchiarelli@perkinscoie.com, skumagai@perkinscoie.com

4  John C. Gorman     jgorman@gormanmiller.com

5  Craig Alan Hansen     chansen@gormanmiller.com

6  Andrew K. Jacobson     andy@bayoaklaw.com

7  Shawn T. Leuthold     leuthold@aol.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 03-5424 JF (HRL)
ORDER SETTING BRIEFING SCHEDULE RE PARTIES' CROSS-MOTIONS FOR COSTS AND FEES
(JFLC2)