**E-filed 2/13/07**

1  John C. Gorman, #91515
   GORMAN & MILLER, P.C.
2  210 North Fourth Street, Suite 200
   San Jose, CA 95112
3  (408) 297-2222 (phone)
   (408) 297-2224 (fax)
4
   Attorneys for Defendant/Third Party Claimant
5  Suncrest Enterprise

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>            Plaintiff,<br>   v.<br><br>SUNCREST ENTERPRISE, INC., a California corporation; YI-LING CHEN, an individual,<br><br>            Defendants. | Case No. 03-CV-5424-JF (HRL)<br><br>REQUEST FOR DISMISSAL WITH PREJUDICE OF THIRD PARTY COMPLAINT; [~~PROPOSED~~] ORDER OF DISMISSAL |
| SUNCREST ENTERPRISE, INC., a California corporation;<br><br>            Third Party Claimant,<br>   v.<br><br>Simon P. Yu, an individual doing business as MicroPlus International Technology; Aileen Y. Jin, an individual doing business as MicroPlus International Technology,<br><br>            Cross-Defendants. | |

Request for Dismissal of Third Party Complaint, Case No. 03-CV-5424-JF (HRL)

Defendant/Third Party Claimant Suncrest Enterprise (erroneously designated as "Suncrest enterprise, Inc.), by and through its counsel of record, requests that the Third Party Complaint that it filed on November 4, 2004 against Simon P. Yu, an individual doing business as MicroPlus International Technology; and Aileen Y. Jin, an individual doing business as MicroPlus International Technology, be dismissed with prejudice, with each side to bear its own costs and attorneys' fees, pursuant to the terms of the settlement reached before Magistrate Judge Howard R. Lloyd on January 27, 2007.

GORMAN & MILLER, P.C.

By: /s/
JOHN C. GORMAN
Attorneys for Defendant/Cross-Claimant
Suncrest Enterprise

<u>ORDER</u>

IT IS SO ORDERED.

Dated: 2/13/07

HON. JEREMY FOGEL
United States District Judge

---

1