**E-filed 2/13/07**

1  John C. Gorman, #91515
   GORMAN & MILLER, P.C.
2  210 North Fourth Street, Suite 200
   San Jose, CA 95112
3  (408) 297-2222 (phone)
   (408) 297-2224 (fax)
4
   Attorneys for Defendant/Third Party Claimant
5  Suncrest Enterprise

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | Case No. 03-CV-5424-JF (HRL) |
| Plaintiff, | REQUEST FOR DISMISSAL WITH PREJUDICE OF FIRST AMENDED THIRD PARTY COMPLAINT; [~~PROPOSED~~] ORDER OF DISMISSAL |
| v. | |
| SUNCREST ENTERPRISE, INC., a California corporation; YI-LING CHEN, an individual, | |
| Defendants. | |
| SUNCREST ENTERPRISE, INC., a California corporation; | |
| Third Party Claimant, | |
| v. | |
| M-PLUS INTERNATIONAL TECHNOLOGY, INC., a California Corporation; SIMON P. YU, an individual; and AILEEN Y. JIN, an individual, | |
| Cross-Defendants. | |

Amended Request for Dismissal of Third Party Complaint, Case No. 03-CV-5424-JF (HRL)

1  Defendant/Third Party Claimant Suncrest Enterprise (erroneously designated as "Suncrest
2  enterprise, Inc.), by and through its counsel of record, requests that the First Amended Third Party
3  Claim filed by Suncrest Enterprise against M-Plus International Technology, Inc., a California
4  Corporation; Simon P. Yu, an individual, and Aileen Y. Jin, an individual; be dismissed with
5  prejudice, with each side to bear its own costs and attorneys' fees, pursuant to the terms of the
6  settlement reached before Magistrate Judge Howard R. Lloyd on January 27, 2007.

GORMAN & MILLER, P.C.

By:  /s/
JOHN C. GORMAN
Attorneys for Defendant/Cross-Claimant
Suncrest Enterprise

ORDER

IT IS SO ORDERED.

Dated: 2/13/07

HON. JEREMY FOGEL
United States District Judge